tion. The case is not within the rule laid down in Myers v. Rosenback, 14 Misc. Rep. 638, 36 N. Y. Supp. 7,—that one exception to three different motions is insufficient to require a review of each separately. No ground is presented for an appeal to the appellate division. Lynch v. Sauer, 16 Misc. Rep. 362, 38 N. Y. Supp. 1. Motion denied, with $10 costs.

HANNA, Appellant, v. LARMON et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 2, 1896.) Action by David J. Hanna against William C. Larmon and others. No opinion. Judgment affirmed, with costs. All concur.

HASSETT, Respondent, v. KNICKER-BOCKER ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1896.) Action by Mary Hassett against the Knickerbocker Ice Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re HATCH. (Supreme Court, Appellate Division, Second Department. October 6, 1896.) In the matter of the application of Metcalf B. Hatch. No opinion. The applicant's papers are defective, in that they fail to show that the applicant has practiced three years before the highest court of law in the state of Michigan, as required by rule 2, relating to the admission of attorneys. This proof may be supplied.

In re HAVEMEYER'S ESTATE. (Supreme Court, Appellate Division, First Department. July, 1896.) In the matter of the judicial settlement, etc., of J. Lee Humfreville, one of the executors, etc., of Mary J. Havemeyer, deceased. No opinion. Order reversed, and case sent back to the surrogate to hear and determine de novo the claim against the estate, with $10 costs and disbursements to the appellant. See 38 N. Y. Supp. 292, 39 N. Y. Supp. 550, and 40 N. Y. Supp. 939.

HEEPE et al., Respondents, v. MEAD, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1896.) Action by Richard Heepe and Otto Heepe against George W. Mead. No opinion. Judgment affirmed, with costs, upon the authority of Allen v. Patterson, 7 N. Y. 476. All concur.

HEEPE et al., Respondents, v. MEAD, Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1896.) Action by Richard Heepe and Otto Heepe against George W. Mead. No opinion. Motion denied, with $10 costs.

HERDER, Appellant, v. BLOOMER, Respondent. (Supreme Court, Appellate Term, First Department. October, 1896.) Action by Peter Herder against Theophilus J. Bloomer. J. J. Bennett, for appellant. J. Callahan, for respondent. No opinion. Affirmed by default.

HETTERLINE, Appellant, v. STODDARD et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 8,

1896.) Action by Frederick Hetterline against Willard F. Stoddard and others. No opinion. Judgment affirmed, with costs. All concur.

HIRSCHBERG, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1896.) Action by Michaelis Hirschberg, as administrator, against the Metropolitan Street Railway Company. S. Fleischman, for appellant. Brownson Ker, for respondent. No opinion. Judgment affirmed, with costs.

HIRSHBACH v. KETCHUM. (Supreme Court, Appellate Division, First Department. July, 1896.) Action by Simon Hirshbach against Alexander P. Ketchum. No opinion. As this court, as now constituted, cannot hear this application, the motion must stand over to be brought on before the court at its next session on September 8th. See 39 N. Y. Supp. 291, and 40 N. Y. Supp. 1143.

In re HODGMAN'S ESTATE. (Supreme Court, Appellate Division, Third Department. December 18, 1896.) In the matter of the estate of Frederick Hodgman, deceased. No opinion. Motion denied, with $10 costs and disbursements. All concur.

HOLDEN et al., Respondents, v. KUTSCHER, Appellant. (Supreme Court, Appellate Division, Third Department. December 18, 1896.) Action by William Holden and Charles Holden against Satie E. Kutscher. No opinion. Judgment affirmed, with costs. All concur. See 40 N. Y. Supp. 737, 1143.

In re HONE. (Supreme Court, Appellate Division, Fourth Department. April, 1896.) In the matter of the accounting of Frank J. Hone, as receiver of the property of Charles F. Lighthouse. No opinion. Order affirmed, with $10 costs and disbursements. ADAMS, J., not voting.

HOPKINS v. CLARK. (Supreme Court, Appellate Division, First Department. July, 1896.) Action by Henry C. Hopkins against James F. A. Clark. No opinion. Motion denied. See 37 N. Y. Supp. 1146, and 40 N. Y. Supp. 130.

HOROWITZ v. HAMBURG–AMERICAN PACKET CO. (Supreme Court, Appellate Term, First Department. October 29, 1896.) Action by Isabella Horowitz against the Hamburg-American Packet Company. Motion for leave to appeal to appellate division. See 37 N. Y. Supp. 1146. J. J. Frank, for the motion. Mashbur & Cukor, opposed.

PER CURIAM. We consider that the point in respect to which the justices of this term differed, viz. whether the question of permanent injuries should have been submitted to the jury in the absence of the evidence of medical experts, is of sufficient importance to justify the granting of the motion. Motion granted upon condition that the appellant files a stipula-